# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kevin Darnell Thomas,

       Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                           3:07cv375

Officer K. Allred, et al.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/14/07 Order.

                                        Signed: September 14, 2007

                                        Frank G. Johns, Clerk
                                        United States District Court

Dockets.Justia.com