# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kevin Darnell Thomas,

    Plaintiff(s),

vs.

Officer K. Allred, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07cv375

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/14/07 Order.

Signed: September 14, 2007

Frank G. Johns, Clerk
United States District Court